54 P.3d 922

# SUPREME COURT OF HAWAI'I

**September 10, 2002**

| | | |
|---|---|---|
| 24718 | State v. Campbell | Affirmed |

**September 16, 2002**

| | | |
|---|---|---|
| 24491 | Doe, In re | Affirmed |
| 24550 | State v. Rogers | Reversed |

**September 18, 2002**

| | | |
|---|---|---|
| 24663 | Bonilla v. Bonilla | Affirmed |
| 24590 | State v. Bieniasz | Affirmed |

**October 7, 2002**

| | | |
|---|---|---|
| 24109 | Akini v. Lamme Tex Corp. | Affirmed |
| 23667 | State v. Hoewaa | Affirmed |